# United States Court of Appeals
## For the First Circuit

_____

No. 22-1572

STEPHEN R. POOLE; CYNTHIA J. POOLE,

Plaintiffs - Appellants,

v.

U.S. BANK, as Trustee, on behalf of the Holders of the JPMorgan Mortgage Acquisition Trust 2006 WMC-2 Asset Backed Pass-Through Certificates series 2006 WMC-2,

Defendant - Appellee.

_____

Before

Barron, Chief Judge,
Lynch and Montecalvo, Circuit Judges.

_____

**JUDGMENT**

Entered: March 21, 2023

Stephen R. Poole and Cynthia J. Poole ("Appellants") filed suit pro se in the District Court for the District of Massachusetts. On motion, the district court dismissed the complaint based solely on the doctrine of claim preclusion, seemingly in reference to two prior suits Appellants had filed against Appellee. The district court also entered an injunction.

On appeal, Appellants have filed a pro se opening brief and a reply brief. They also have filed a "Motion for Leave to Submit Sworn Affidavit from Register John L. O'Brien, not as New Evidence, but as Corroboration of Evidenced Email Correspondence from Deputy Register Kathleen Sullivan" and a reply in support of that motion.

On review of the arguments contained in the opening brief, we can see no challenge to the reasoning of the district court in dismissing the underlying suit, including any argument that the doctrine of claim preclusion did not apply. We also can see no challenge to the entry of the injunction.

The evidence sought to be introduced by the motion was at issue in a prior appeal. The request to consider the evidence in this appeal is untimely and duplicative.

Appellants' pending motion is **DENIED**. The judgment is **AFFIRMED**. See Local Rule 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Stephen R. Poole
Cynthia J. Poole
Marissa I. Delinks
Donald W. Seeley Jr.
Samuel Craig Bodurtha