# United States Court of Appeals
## For the First Circuit

No. 22-1572

STEPHEN R. POOLE; CYNTHIA J. POOLE,

Plaintiffs - Appellants,

v.

U.S. BANK, as Trustee, on behalf of the Holders of the JPMorgan Mortgage Acquisition Trust 2006 WMC-2 Asset Backed Pass-Through Certificates series 2006 WMC-2,

Defendant - Appellee.

**MANDATE**

Entered: June 14, 2023

In accordance with the judgment of March 21, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Samuel Craig Bodurtha
Marissa I. Delinks
Cynthia J. Poole
Stephen R. Poole
Donald W. Seeley Jr.